(79 South. 633)

HARPER v. STATE. (8 Div. 535.) ·

(Supreme Court of Alabama. June 20, 1918.)

Certiorari to Court of Appeals.

F. Loyd Tate, Atty. Gen., for the State.

MAYFIELD, J. Petition of Solomon N. Harper for certiorari to the Court of Appeals to review and revise the judgment of said court rendered in tne appeal of Harper v. State, 16 Ala. App. 538, 79 South. 632. Writ denied.